UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH MONIQUE MCCRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF AMERICAN CANYON CITY HALL,<br><br>　　　　Defendant. | No.  2:22-cv-01684-DJC-KJN (PS)<br><br>ORDER |

　　　　On May 30, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

　　　　The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

　　　　Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant

1

to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed May 30, 2023, are ADOPTED;
2. Plaintiff's claims are DISMISSED without prejudice under Local Rule 183(b); and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 21, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE